Victor A. Russo, Esq. (State Bar #116172)
russo@hmnlaw.com
Kristoffer S. Mayfield, Esq. (State Bar #241093)
mayfield@hmnlaw.com
HILDEBRAND MCLEOD & NELSON LLP
700 North Brand Boulevard, Suite 860
Glendale, CA 91203
TEL: (323) 662-6400
FAX: (323) 669-8549

Attorneys for Plaintiff
SHAWN A. GRAY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| SHAWN A. GRAY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>    Defendants. | CASE NO. EDCV 5:14-01107-JGB (DTBx)<br>Consolidated with 5:15-cv-01047-JGB (DTBx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |

    The parties, Plaintiff SHAWN A. GRAY ("GRAY"), and Defendant, UNION PACIFIC RAILROAD COMPANY ("UPRR"), through their respective attorneys, hereby stipulate as follows:

    1.    Plaintiff GRAY's entire legal action against defendant UPRR, as consolidated and captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice; and

///

///

1

2. All parties shall bear their own attorneys' fees and costs.

SO STIPULATED:

DATED: September 13, 2016    HILDEBRAND, MCLEOD & NELSON, LLP

By: _____
ANTHONY S. PETRU
VICTOR A. RUSSO
KRISTOFFER S. MAYFIELD
Attorneys for Plaintiff
SHAWN A. GRAY

DATED: September 13, 2016    HAWKINS PARNELL
THACKSTON & YOUNG LLP

By: _____
RYAN K. MARDEN
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IT IS SO ORDERED.

DATED: October 14, 2016

_____
THE HONORABLE JESUS G. BERNAL
Judge of the United States District Court
For the Central District of California

2
STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON

# CERTIFICATE OF SERVICE

*Shawn A. Gray v. Union Pacific Railroad Company*
Case No. EDCV 5:14-01107-JGB (DTBx)

The undersigned counsel for Plaintiff SHAWN A. GRAY hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on September 19, 2016.

**STIPULATION FOR DISMISSAL WITH PREJUDICE;
AND ORDER THEREON**

On the following parties in said cause:

> Ryan K. Marden, Esq.
> Hawkins Parnell Thackston & Young LLP
> 445 South Figueroa Street, Suite 3200
> Los Angeles, CA 90071-1651
> TEL: (213) 486-8000
> FAX: (213) 486-8080
> rmarden@phtylaw.com
> Attorneys for Defendant, UNION PACIFIC RAILROAD COMPANY

[X] **FEDERAL** I declare under penalty of perjury that the above is true and correct.

_____
Kristoffer S. Mayfield

H:\Hmnfiles\Attorneys\all HMN CASES\_Archives\GRAY, Shawn.2844\W.B & W.T combined\SETTLEMENT\STIP FOR DISMISSAL.01.docx